**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: P.N.      :   No. 839 MAL 2015
                                :
                                :
PETITION OF: P.N.           :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.